```
 1  GEORGE S. CARDONA
    Acting United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  P. GREG PARHAM
    California Bar No. 140310
 6  Special Assistant United States Attorney
    Asset Forfeiture Section
 7      Federal Courthouse, 14th Floor
        312 North Spring Street
 8      Los Angeles, California 90012
        Telephone:  (213) 894-0304                          JS-6
 9      Facsimile:   (213) 894-7177
        E-mail: Greg.Parham@usdoj.gov
10
    Attorneys for Plaintiff
11  United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | NO. CV 09-00562 JFW(AGRx) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **CONSENT JUDGMENT OF** |
| $38,100.00 IN U.S. CURRENCY, ET AL., | ) | **FORFEITURE** |
| | ) | |
| Defendants. | ) | |
| | ) | |
| KEVIN M. BACKSTROM, | ) | |
| | ) | |
| Claimant. | ) | |

This action was filed on January 23, 2009. Notice was given and published in accordance with law. Claimant Kevin M. Backstrom ("claimant") filed a verified claim of interest on March 3, 2009,

1 and an answer on March 22, 2009. No other statements of interest
2 or answers have been filed, and the time for filing such statements
3 of interest and answers has expired. Plaintiff and claimant have
4 reached an agreement that is dispositive of the action. The
5 parties hereby request that the Court enter this Consent Judgment
6 of Forfeiture.

7     **WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

8     1. This Court has jurisdiction over the parties and the
9        subject matter of this action.

10    2. Notice of this action has been given in accordance with
11       law. All potential claimants to the defendants
12       $38,100.00 in U.S. currency and 27 Postal Money Orders
13       Totaling $25,250.00 (collectively referred to hereinafter
14       as "defendant funds") other than claimant are deemed to
15       have admitted the allegations of the Complaint. The
16       allegations set out in the Complaint are sufficient to
17       establish a basis for forfeiture.

18    3. The United States of America shall have judgment as to
19       $48,350.00 of the defendant funds, plus all interest
20       earned by the government on the full amount of the
21       defendant funds, and no other person or entity shall have
22       any right, title or interest therein. The United States
23       Marshals Service is ordered to dispose of said assets in
24       accordance with law.

25    4. $15,000.00 of the defendant funds, without any interest
26       earned by the government on that amount, shall be paid to
27       claimant Kevin M. Backstrom, and be returned in care of
28       his attorney, Jason J. Buccat. Said funds shall be

|   |   |   |
|---|---|---|
| 1 |    | forwarded by a check made payable in the amount of |
| 2 |    | $15,000.00 to "Kevin M. Backstrom c/o Willoughby & |
| 3 |    | Associates," and shall be mailed to Jason J. Buccat, |
| 4 |    | Willoughby & Associates, 200 Corporate Pointe, Suite 495, |
| 5 |    | Culver City, CA 90230. |
| 6 | 5. | Claimant hereby releases the United States of America, |
| 7 |    | its agencies, agents, and officers, including employees |
| 8 |    | and agents of the Drug Enforcement Administration, from |
| 9 |    | any and all claims, actions or liabilities arising out of |
| 10 |   | or related to this action, including, without limitation, |
| 11 |   | any claim for attorney's fees, costs or interest which |
| 12 |   | may be asserted on behalf of the claimant, whether |
| 13 |   | pursuant to 28 U.S.C. § 2465 or otherwise. |
| 14 | 6. | The court finds that there was reasonable cause for the |
| 15 |   | seizure of the defendant funds and institution of these |
| 16 |   | proceedings. This judgment shall be construed as a |
| 17 |   | certificate of reasonable cause pursuant to 28 U.S.C. § |
| 18 |   | 2465. |

Dated: October 28, 2009

_____
THE HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE